UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20153-MOORE(s)

UNITED STATES OF AMERICA

v.

CARLOS ALBERTO MORILLA,

Defendant.

_____/

## FACTUAL PROFFER

The United States of America, Carlos Alberto Morilla ("the defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

The defendant and his co-conspirators participated in the laundering of money from as early as March 1, 2022, and continuing through on or about May 23, 2023. The defendant and his co-conspirators knew that the source of the unlawful proceeds was from controlled substances sales/trafficking. The general scheme involved Jesus Javier DIAZ, one of the indicted co-conspirators, coordinating meetings between MORILLA and an undercover agent ("UC"), where the UC would bring cash to MORILLA, MORILLA would take the cash, and then wire money back to the UC's undercover account.

On March 14, 2023, the UC and MORILLA met at a Starbucks in Miami, Florida. The UC told MORILLA that the UC's boss's business was dealing cocaine. The UC gave MORILLA $200,000 in cash. The next day, MORILLA wired $188,000 from his account to the UC's undercover account – which was less 6% for a laundering fee.

On March 24, 2023, the UC and MORILLA again met at a Starbuck in Miami, Florida. The UC gave MORILLA $150,000 in cash. MORILLA took the cash and wired the UC $135,000 from MORILLA's account on March 29, 2023.

Lastly, on or about April 20, 2023, the UC sent MORILLA $200,000 through a wire transfer from the UC's undercover account to an account number provided through instruction by DIAZ. On April 28, 2023, the UC received $188,000 through a wire transfer into the UC's undercover account from an account controlled by MORILLA, with the subject line: "Purchase venta de dronas."

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 9/26/2023

By: _____
YARA DODIN
ASSISTANT UNITED STATES ATTORNEY

Date: 9/24/23

By: _____
LAUREN KRASNOFF
ATTORNEY FOR DEFENDANT

Date: 9/26/2023

By: _____
CARLOS ALBERTO MORILLA
DEFENDANT

2