UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-20153-CR-MOORE

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CARLOS ALBERTO MORILLA,
    Defendant.

                                  /

## JOINT NOTICE OF CORRECTION TO FACTUAL PROFFER (DE 49)

Carlos Alberto Morilla, through undersigned counsel, and the Government, through the undersigned Assistant United States Attorney, respectfully submit this joint correction to the Factual Proffer. (DE 49).

At the change of plea hearing, the parties agreed to the facts alleged in the factual proffer. (DE 49, 51). Subsequent to the hearing, the parties identified an error in the factual proffer and seek to correct that error with the Court and for purposes of the Presentence Investigation. The correction does not affect Mr. Morilla's guilt, the government's ability to prove this case, Mr. Morilla's acceptance of responsibility, or the guideline range.

The last paragraph on page 1 of the factual proffer (DE 49) says:

On March 14, the UC and MORILLA met at a Starbucks in Miami, Florida. The UC told MORILLA that the UC's boss's business was dealing cocaine. The UC gave MORILLA $200,000 in cash. The next day, MORILLA wired $188,000 from his account to the UC's undercover account – which was less 6% for a laundering fee.

Instead, the paragraph should read:

On March 14, the UC and MORILLA met at a Starbucks in Miami, Florida. The UC told MORILLA that the UC's boss's business was dealing cocaine. On March 17, MORILLA wired $188,000 from the Wells Fargo Account to the UC's undercover account – which was less 6% for a laundering fee.

The parties agree that this change does not affect the determination of guilt and wish to inform the Court of the error in an abundance of caution.

WHEREFORE, the parties respectfully requests that the Court adopt the change to the factual proffer as articulated in this filing.

**Respectfully submitted,**

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By:     _/s/ **Lauren Field Krasnoff**___
Assistant Federal Public Defender
Florida Bar No.: 86951
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4255
Fax: (305) 536-4559
E-mail: lauren_krasnoff@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on **December 11, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Lauren Field Krasnoff*_____